UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                         12 cr 675 (JGK)

RAFAEL SANTOS,                                  **ORDER**
                      Defendant.
-----------------------------------------------------------X

It is hereby ordered that Deveraux L. Cannick, Esq., be appointed as counsel for the defendant, Rafael Santos, for resolution of the pending motion for preliminary order of forfeiture.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 17, 2021