# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick
———
Jennifer Arditi

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·25·21

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, FAX (718) 803-9764
Email: info@aielloandcannick.com

NEW YORK OFFICE
(By Appointment Only)
(212) 233-3335

May 25, 2021

Honorable John G. Koeltl
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: **United States v. Rafael Santos**
**12-Cr-00675 (NSR)**

Dear Honorable Judge Koeltl:

*[Handwritten annotation: Counsel is relieved of the request to represent Mr. Santos with the appreciation of the Court for counsel's efforts. So ordered. 5/25/21 John G. Koeltl, U.S.D.J.]*

We have exhausted all avenues in an effort to contact Rafael Santos so that we could file a response on his behalf to the Government's motion dated May 12th, 2021.

Specifically, we contacted Probation as well as his previous attorney to get his contact information. He no longer resides at the address given to us both by Probation and prior counsel. In fact, the house was sold in a short sale in 2018. The telephone number given to us by the Marshal is now belongs to someone else. The Marshal also gave us an email address. We sent him an email and have not gotten a response. Lastly, we tried a google search of his name. That too, did not bear any positive results.

Unfortunately, we must report that given the foregoing (exhaustive search), we were unable to track down Mr. Santos. Thus, we are not in a position to file an answer on his behalf.

Very truly yours,

/s/ Deveraux L Cannick
Deveraux L. Cannick

cc: AUSA Alexander Wilson, alexander.wilson@usdoj.gov